# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**JERMAINE SMITH,**

    Plaintiff,

**-vs-**
                                       **CASE NO.    3:11-CV-221**

                                       **Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X ]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and is **REVERSED**; that this matter is **REMANDED** to the ALJ under the fourth sentence of 42 U.S.C. § 405(g); and that the case is **TERMINATED** from the docket of the Court.

Date:  April 9, 2012                               **JAMES BONINI, CLERK**

                                                     By: *s/ M. Rogers*
                                                          Deputy Clerk